UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SHAWN JOHNSON,                                      :

                Plaintiff,                      :      06 Civ. 2540 (LAP) (DF)

            -against-                         :      **ORDER**

ROSLYN WHITE, et al.,                               :

                Defendants.                  :
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/09
```

**DEBRA FREEMAN, United States Magistrate Judge:**

It is hereby ORDERED that Defendant's counsel shall make arrangements for Plaintiff to participate in a telephone conference call with both parties and the Court on April 28, 2009 at 3:30 p.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
       April 13, 2009

                                          SO ORDERED

                                          DEBRA FREEMAN
                                          United States Magistrate Judge

Copies mailed 4-14-09
Chambers of Magistrate Judge Freeman

Copies to:

Mr. Shawn Johnson
#895-09-00379
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY, 11370

Joseph Fleming, Esq., P.C.
116 John Street
Suite 2830
New York, NY  10038